# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-07-00617-CV

**In the Interest of K. B.**

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. 46,807, HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant K. B. no longer wishes to pursue this appeal and has filed an unopposed motion to dismiss. Appellant's counsel states that he has conferred with counsel for appellee, who does not oppose this motion. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Waldrop

Dismissed on Appellant's Motion

Filed: April 4, 2008